UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MARIA FERNANDA GARCIA-GUEVARA.<br><br>　　　　　　　Defendant | CASE NO. 24-cr-02075-WQH<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING |

Upon joint motion of the parties, **IT IS HEREBY ORDERED** that Joint Motion to Continue is granted (ECF No. 31). The Sentencing Hearing, currently scheduled for May 27, 2025, is rescheduled to June 30, 2025, at 9:00 a.m. It is further ordered that time should be excluded in the interests of justice for the reasons stated in the Joint Motion to Continue. *See* 18 U.S.C. § 3161(h)(7)(A).

Dated: April 8, 2025

　　　　　　　　　　　　　　　　　　　*William Q. Hayes*
　　　　　　　　　　　　　　　　　　Hon. William Q. Hayes
　　　　　　　　　　　　　　　　　　United States District Court